IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

 REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action. No. 18- 15 |
| ) | |
| THOMAS E. NOBLE, ) | |
| also known as ) | |
| "Walter M. Guyer" ) | |
| and "Thomas D. Guyer," ) | |
| ) | |
| Defendant. ) | |

FILED
FEB 27 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## DEFINITION

For purposes of this Indictment, the term "sexually explicit conduct" is defined in Title 18, United States Code, Section 2256(2)(A), and includes but is not limited to sexual intercourse and actual and simulated lascivious exhibition of the genitals and pubic area of any person.

## COUNT ONE

### (Attempted Receipt of Child Pornography)

On or about October 5, 2017, in the State and District of Delaware and elsewhere, the defendant, **THOMAS E. NOBLE** (also known as "Walter M. Guyer" and "Thomas D. Guyer"), having previously been convicted of Dealing in Child Pornography, in violation of Title 11, Delaware Code, Section 1109(4), did knowingly attempt to receive via download from the internet through a peer-to-peer file sharing program at least one visual depiction, the producing of which involved the use of at least one minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, which depiction had been transported in interstate and foreign commerce, had been sent and received using any means and facility of interstate and

1

foreign commerce, and which contained materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the defendant knew that at least one of the performers in the visual depiction was a minor and the visual depiction was of such minor engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256(2)(A).

## COUNT TWO

### (Possession of Child Pornography)

On or about October 5, 2017, in the State and District of Delaware and elsewhere, the defendant, **THOMAS E. NOBLE** (also known as "Walter M. Guyer" and "Thomas D. Guyer"), having previously been convicted of Dealing in Child Pornography, in violation of Title 11, Delaware Code, Section 1109(4), did knowingly possess at least one matter, that is, at least one computer file containing any visual depiction, the producing of which involved the use of at least one minor engaged in sexually explicit conduct and such visual depiction is of such conduct, which matter had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been mailed and so shipped and transported, by any means, including by computer, and which visual depiction the defendant knew involved the use of at least one minor engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256(2)(A).

## NOTICE OF FORFEITURE

Upon conviction for violating Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), and 2252(b)(2), as set forth in Counts One and Two of the Indictment, the defendant, **THOMAS E. NOBLE** (also known as "Walter M. Guyer" and "Thomas D. Guyer"), shall forfeit to the United States any and all matter that contains a visual depiction, the producing of which involved the use of at least one minor engaged in sexually explicit conduct, and visual depictions that are obscene and that are and appear to be of minors engaged in sexually explicit conduct, which matters were produced, transported, shipped, received, and possessed in violation Counts One and Two; any property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the aforementioned violations; and any and all property used and intended to be used in any manner and part to commit and to promote the commission of the aforementioned violations, including but not limited to the following items seized on October 5, 2017:

- MacBook Pro Air Laptop, Serial Number C02TH0BHP1P;
- Apple iPhone Model A1634 with broken screen;
- Over 1,000 CDs/DVDs recovered from the residence;
- 16 GB PNY Thumb drive;
- Alcatel Cellphone, Model A392CC;
- Canon Powershot Digital Camera Model SD85015, Serial Number S128018863;
- Verizon Router, Serial Number G1A117020301089, MAC 20.C0.47.14.1D.CF; and
- 4TB Seagate external hard drive.

\* \* \* \* \*

All pursuant to Title 18, United States Code, Sections 1467, 2253, and 2428.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORENY

By: _____
Graham L. Robinson
Assistant United States Attorney

Dated: February 27, 2018

FORM DBD-34
APRIL 91

No. _____

# UNITED STATES DISTRICT COURT

___ District _ of _Delaware___

THE UNITED STATES OF AMERICA

vs.

THOMAS NOBLE

### INDICTMENT

**A true bill.**

_____

_____ **Foreman**

Filed in open court this _____ day,

of _____ A.D. 2018 _____

_____

_____ Clerk

I, _THOMAS NOBLE_____ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of _NOT_ guilty to the Indictment filed in this case.

Bail, $ _____

Dated this ___ day of _____, 20_18_.

_____
DEFT.

_____
CNSL.