UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1599
_____

UNITED STATES OF AMERICA,

v.

THOMAS E. NOBLE,
A/K/A WALTER M. GUYER
A/K/A THOMAS D. GUYER,
  Appellant

_____

On Appeal from the United States District Court
For the District of Delaware
(D.C. No. 1:18-cr-00015-001)
District Judge: Honorable Leonard P. Stark

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 30, 2022

_____

Before: CHAGARES, Chief Judge, SHWARTZ, Circuit Judge and ROSENTHAL, District Judge[*]

_____

**JUDGMENT**

_____

---

[*] Honorable Lee H. Rosenthal, Chief U.S. District Judge for the Southern District of Texas, sitting by designation.

This cause came to be considered on appeal from the United States District Court for the District of Delaware and was submitted on March 30, 2022.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the Judgment of the District Court entered on March 11, 2020, is hereby **AFFIRMED**. Costs shall not be taxed in this matter. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 2, 2022

Certified as a true copy and issued in lieu of a formal mandate on  08/24/22

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**